Agree to affirm order. No opinion.
All concur.
·Order affirmed.

---

IN THE MATTER OF THE PETITION OF JAMES ALEXANDER STRIKER TO VACATE AN ASSESSMENT.

(Argued November 13, 1877; decided November 20, 1877.)

*D. J. Dean*, for appellant.

*Elliot F. Shepard*, for respondent.

Agree to affirm order. No opinion.
All concur.
Order affirmed.

---

JOHN DE RUYTER et al., Executors, etc., *v.* FANNIE J. LAMBARD et al.

(Argued November 13, 1877; decided November 20, 1877.)

*Charles H. Tweed*, for appellant.

*Wm. R. Martin*, for respondent.

Agree to affirm order. No opinion.
All concur.
Order affirmed.

---

GEORGE W. CASSIDY et al., Respondents, *v.* WILLIAM H. SCHEDEL et al., Appellants.

(Submitted November, 12, 1877; decided November 27, 1877.)

*William Hildredth Field*, for appellants.

*Blumenstiel & Ascher*, for respondents.

CHURCH, Ch. J., RAPALLO, ANDREWS and EARL, JJ., agree to affirm, without opinion; MILLER, J., reads for reversal and new trial; ALLEN and FOLGER, JJ., concur in result.

Judgment affirmed.